# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| In re:<br><br>ALFRED RICHARD DUNU and<br>DIANA SASUVI AMEGASHIE,<br><br>Debtors. | Chapter 13<br><br>Case No. 13-62217 |
| ALFRED RICHARD DUNU and<br>DIANA SASUVI AMEGASHIE,<br><br>Plaintiffs,<br><br>v.<br><br>PIEDMONT HOUSING ALLIANCE,<br><br>Defendant. | Adversary Proc. No. 14-06008 |

## CONSENT JUDGMENT AVOIDING LIEN

Upon consideration of the plaintiffs' Complaint, and with the consent of the defendant, it is hereby

ORDERED, that the Motion is granted, and a final Judgment shall be, and hereby is, entered against defendant Piedmont Housing Alliance, and in favor of the debtors and plaintiffs, Alfred Richard Dunu and Diana Sasuvi Amegashie, as follows:

1.      The lien of Piedmont Housing Alliance evidenced by that certain Credit Line Deed of Trust that was recorded in the Land Records of the Clerk's Office of the Circuit Court of Albemarle County, Virginia (the "County Clerk's Office") in Deed Book 3275, page 512 on August 22, 2006, and any subsequent modifications thereof, are void and shall be of no effect during the pendency of this case under Chapter 13. The claim, if any Proof of Claim is filed, of Piedmont Housing Alliance, or its successor in interest, shall be allowed in full as an unsecured claim and shall be treated as such under the debtors' Chapter 13 Plan. The lien shall be void for all other purposes when and if the debtors complete their performance as required by the confirmed Chapter 13 Plan.

      2.      The debtors shall not file this Consent Judgment Avoiding Lien with the County Clerk's Office until the debtors have completed their performance as required under the Chapter 13 Plan and have received their order of discharge. Upon receipt of the order of discharge in this case, the debtors may file a copy of this Judgment Avoiding Lien with the County Clerk's Office. The debtors shall also, at that time, file a copy of their order of discharge with said Clerk.

      Counsel for the debtors cause a copy of this Order to be served on the Chapter 13 Trustee and all affected parties.

Dated: April 29, 2014

/s/ Rebecca B Connelly

Rebecca B. Connelly
U.S. Bankruptcy Judge

We ask for this:

    /s/ C. Lamar Garren
C. Lamar Garren, VSB # 38491
Scott Kroner, PLC
418 East Water St.
Charlottesville, VA  22902
(434) 296-2161
Facsimile (434) 293-2073
Email cgarren@scottkroner.com
    *Attorney for the Plaintiffs*

Seen and agreed:

    /s/ Herbert Beskin
Herbert Beskin
Chapter 13 Trustee

Piedmont Housing Alliance


By:   /s/ Frank Grosch
Frank Grosch
Chief Executive Officer
1215 East Market St., Suite B
Charlottesville, VA  22902
(434) 817-2436

2